GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

LAURI A. DAMRELL (STATE BAR NO. 241010)
ldamrell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95864
Telephone:     (916) 329-7914
Facsimile:      (916) 329-4900

Attorneys for Defendant

WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
EVANGELINA FIERRO HERNANDEZ, SBN 168879
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
E-mail: evangelina.hernandez@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>FISHER NUT COMPANY,<br><br>                    Defendant. | Case No. 1:10-CV-01794-LJO-SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Scheduling Conference: March 10, 2011 |

OHS West:261063938.1

ORDER GRANTING STIPULATION TO
CONTINUE SCHEDULING CONFERENCE
CASE NUMBER 1:10-CV-01794-LJO-SKO

1  On December 30, 2010, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Fisher Nut Company ("Fisher Nut") filed their Stipulation to Continue Scheduling Conference and Further Extend the Time for Defendant to Answer or Otherwise Respond to the Complaint with the Court.  Having considered that Stipulation, and good cause appearing, it is hereby ordered the Defendant has until March 1, 2011, to answer or otherwise respond to the Complaint; the Scheduling Conference currently set for January 11, 2011, is continued to March 10, 2011 at 9:15 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **January 3, 2011**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE