GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LAURI A. DAMRELL (STATE BAR NO. 241010)
ldamrell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95864
Telephone: (916) 329-7914
Facsimile: (916) 329-4900

Attorneys for Defendant

WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
EVANGELINA FIERRO HERNANDEZ, SBN 168879
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
E-mail: evangelina.hernandez@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

FISHER NUT COMPANY,

Defendant.

Case No. 1:10-CV-01794-LJO-SKO

**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**

OHS West:261078973.1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE
CASE NUMBER 1:10-CV-01794-LJO-SKO

On January 25, 2011, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Fisher Nut Company ("Fisher Nut") filed their Stipulation to Continue Scheduling Conference with the Court. Having considered that Stipulation, and good cause appearing, it is hereby ordered the Scheduling Conference currently set for March 10, 2011, is continued to March 31, 2011, at 9:45 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **January 27, 2011**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE