UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>   vs.<br><br>FISHER NUT COMPANY,<br><br>                Defendant.<br>_____/ | CASE NO. CV F 10-1794 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 17.) |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than May 16, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the April 19, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:**    **April 7, 2011**                          /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE